B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>District of Kansas | Voluntary Petition |
|---|---|

Name of Debtor (if individual, enter Last, First, Middle):
Barrier's Inc.

Name of Joint Debtor (Spouse) (Last, First, Middle):

All Other Names used by the Debtor in the last 8 years
(include married, maiden, and trade names):
None

All Other Names used by the Joint Debtor in the last 8 years
(include married, maiden, and trade names):

Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN
(if more than one, state all):  EIN: 48-0523639

Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN
(if more than one, state all):

Street Address of Debtor (No. and Street, City,  and State)
4800 E. Douglas Ave
Wichita, KS
ZIPCODE 67208-4018

Street Address of Joint Debtor (No. and Street, City, and State
ZIPCODE

County of Residence or of the Principal Place of Business:
Sedgwick

County of Residence or of the Principal Place of Business:

Mailing Address of Debtor (if different from street address):
ZIPCODE

Mailing Address of Joint Debtor (if different from street address):
ZIPCODE

Location of Principal Assets of Business Debtor (if different from street address above):
ZIPCODE

**Type of Debtor**
(Form of Organization)
(Check one box)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)

_____

**Nature of  Business**
(Check one  box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in
  11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization
  under Title 26 of the United States
  Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for
  Recognition of a Foreign
  Main Proceeding
- [ ] Chapter 15 Petition for
  Recognition of a Foreign
  Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer
  debts, defined in 11 U.S.C.
  §101(8) as "incurred by an
  individual primarily for a
  personal, family, or household
  purpose."
- [✓] Debts are primarily
  business debts

**Filing Fee** (Check one box)

- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only)   Must attach
  signed application for the court's consideration certifying that the debtor is unable
  to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must
  attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [✓] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts
  owed to insiders or affiliates) are less than $2,190,000
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or
  more classes, in accordance with  11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for
  distribution to unsecured creditors.

THIS SPACE IS FOR
COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Barrier's Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:　NONE | Case Number: | Date Filed: |
| Location<br>Where Filed:　　N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:　NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐　Exhibit A is attached and made a part of this petition. | X _____<br>　　Signature of Attorney for Debtor(s)　　　　　　Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐　Yes, and Exhibit C is attached and made a part of this petition.

☑　No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐　Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐　Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
**(Check any applicable box)**

☑　Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐　There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐　Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
**(Check all applicable boxes)**

☐　Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐　Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐　Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐　Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
Barrier's Inc.

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X  /s/ Edward J. Nazar
Signature of Attorney for Debtor(s)

EDWARD J. NAZAR 09845
Printed Name of Attorney for Debtor(s)

Redmond & Nazar, L.L.P.
Firm Name

245 N. Waco, Suite 402
Address

Wichita, KS 67202-1117

316-262-8361     ebn1@redmondnazar.com
Telephone Number          e-mail

10/23/2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Mary Ellen Barrier
Signature of Authorized Individual

MARY ELLEN BARRIER
Printed Name of Authorized Individual

President
Title of Authorized Individual

10/23/2009
Date

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 13342 -

# UNITED STATES BANKRUPTCY COURT
## District of Kansas

In re   Barrier's Inc. _____ ,
                          Debtor

Case No. _____

Chapter     11 _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc. | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Citzen's Bank<br>c/o Jane Deterding<br>4820 E. Douglas Ave<br>Wichita, KS 67208 | | | Contingent | 82,658 |
| Bixby (Div. of Honora)<br>18 East 48th Street<br>New York, NY 10017-1014 | | | | 64,622 |
| Bever Dye<br>301 N. Main St., Suite 600<br>Wichita, KS 67202 | | | | 52,182 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

| | | | | |
|---|---|---|---|---|
| MFS Heritage Trust Co.<br>MFS Service Center, Inc.<br>Unfunded Simple IRA<br>P.O. Box 55824<br>Boston, MA<br>02205-5824 | | | | 33,232 |
| MFS Heritage Trust Co.<br>MFS Service Center, Inc.<br>P.O. Box 55824<br>Boston, MA<br>02205-5824 | | | | 33,232 |
| Baird, Kurtz & Dobb<br>BKD, LLP<br>1551 N. Waterfront PKWY<br>Suite 300<br>Wichita, KS<br>67206-6601 | | | Unliquidated<br>Disputed | 27,856 |
| Rolex Watch USA<br>JP Morgan Chanse<br>Box 23673<br>131 S. Dearborn 6th Floor<br>Chicago, IL 60603 | | | Contingent | 13,540 |
| Honora LTD<br>18 East 48th Street<br>New York, NY<br>10017-1014 | | | | 13,355 |
| Connor Barrier<br>240 North Pinecrest<br>Wichita, KS 67208 | | | Contingent | 10,117 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Jay Barrier II 254 N. Pinecrest Wichita, KS 67208 | | | Contingent | 10,117 |
| Morgan Barrier 240 N. Pinecrest Wichita, KS 67208 | | | Contingent | 10,117 |
| Movado Group Inc. 15741 Collections Center Drive Chicago, IL 60693 | | | | 9,698 |
| J S J Enterprises 4800 E. Douglas Ave Wichita, KS 67208 | | | Contingent | 9,271 |
| Interspace Airport ADV'G P.O. Box 847247 Dallas, TX 75284-7247 | | | | 5,970 |
| Heier Resources 5119 Highland Road Suite #224 Waterford, MI 48327 | | | | 5,602 |
| American GEM Society 8881 West Sahara Avenue Las Vegas, NV 89117 | | | | 5,517 |
| NAWC Service P.O. Box 88810 Chicago, IL 60695-1810 | | | | 5,328 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33442 -

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

| | | | | |
|---|---|---|---|---|
| Brad Garman Designs<br>30 New Court<br>Long Branch, NJ<br>07740 | | | | 5,285 |
| Bulova Corporation<br>P.O. Box 36138<br>Newark, NJ<br>07188-6138 | | | | 5,283 |
| Big River LLC<br>4800 E. Central<br>Wichita, KS 67202 | | | Contingent | 5,121 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date    10/23/2009

Signature    /s/ Mary Ellen Barrier

MARY ELLEN BARRIER,
President

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

In re   <u>Barrier's Inc.</u>                                         Case No. _____
                **Debtor**                                                                  **(If known)**

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Leased Premises<br>See Schedule G. | | | 0 | None |
| | | Total ➤ | 0 | |

(Report also on Summary of Schedules.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

In re  Barrier's Inc.                                                Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash On Hand - Cash Registers<br>Debtor's Possession | | 1,491 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account<br>Debtor's Possession<br>As of 10/23/09<br><br>Money Market Account<br>As of 10/23/2009 | | 20,000<br><br><br><br>500 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

In re __Barrier's Inc.__        Case No. _____

        **Debtor**                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Investment with J S J Enterprises 114 N. Oliver Wichita, KS Per 2nd Qtr (June) Balance Statement 6/30/2009 | | 68,078 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable Account Receivable - Jay YTD ADV On Current YR DIV - JAY | | 59,664 354,733 67 |
| | | YTD ADV'S On Current YR DIV's - MEB | | 25 |
| | | AMEX/DSCVR/VISA Prepayment N/R - JAY | | 1,256 184,720 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

In re   Barrier's Inc.                                          Case No. _____
          **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | | Prepaid Insurance | | 3,508 |
| | | Prepaid Advertising | | 2,985 |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | | Trademarks<br>Debtor's Possession | | 3,563 |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | Automobiles<br>Per 2nd Qtr (June) Balance Statement 6/30/2009 | | 29,171 |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | Furniture & Fixtures<br>Per 2nd Qtr (June) Balance Statement 6/30/2009 | | 334,419 |
| | | Furniture & Fixtures - Administrative<br>Location: 114 N. Oliver<br>        Wichita, KS 67208 | | 26,490 |
| | | Software | | 35,051 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

B6B (Official Form 6B) (12/07) -- Cont.

In re   Barrier's Inc.                                          Case No. _____
                 **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Debtor's Possession Per 2nd Qtr (June) Balance Statement 6/30/2009 | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | See #28 | | 0 |
| 30.  Inventory. | | Inventory | | 1,689,861 |
| | | Debtor's Possession Per 2nd Qtr (June) Balance Statement 6/30/2009 | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____   continuation sheets attached     Total    $    2,815,582

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

In re   Barrier's Inc.                                    Case No. _____
        _____
                **Debtor**                                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)            ☐   Check if debtor claims a homestead exemption that exceeds
                                          $136,875.
☐   11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

B6D (Official Form 6D) (12/07)

**In re** _____Barrier's Inc._____,  **Case No.** _____

Debtor                                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Intrust Bank N.A.<br>105 N. Main St<br>Wichtia, KS 67202 | | | Security: Inventory, Accts, Equipment & General Intangibles<br><br><br>VALUE $            1,000,000 | | | | 400,000 | 0 |
| ACCOUNT NO.<br><br>Rolex Watch USA, Inc.<br>665 Fifth Ave.<br>New York, NY 10022 | | | Security: Security Interest in Rolex, Cellini Tudor<br><br><br>VALUE $            0 | X | | | 0 | 0 |
| ACCOUNT NO.<br><br><br><br> | | | <br><br><br>VALUE $ | | | | | |

___0___ continuation sheets attached

|  | | |
|---|---|---|
| Subtotal ▶ (Total of this page) | $  400,000 | $  0 |
| Total ▶ (Use only on last page) | $  400,000 | $  0 |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

In re  Barrier's Inc.                                                    Case No._____
_____,
           Debtor                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☑   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

**B6E (Official Form 6E) (12/07) - Cont.**

In re_____Barrier's Inc._____,     Case No._____
                 Debtor                                                        (if known)

☐   **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

                         2
              ____ **continuation sheets attached**

In re __Barrier's Inc._____,  Case No. _____
                          **Debtor**                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)   Sec. 507(a)(5)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 00111980360<br>MFS Heritage Trust Co.<br>MFS Service Center, Inc.<br>Unfunded Simple IRA<br>P.O. Box 55824<br>Boston, MA 02205-5824 | | | Incurred: 2007-2009<br>Consideration: Contributions to 401K | | | | 33,232 | 33,232 | 0 |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Totals of this page)  $ 33,232 | $ 33,232 | $ 0

Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)  $

Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $ | $ | $

In re __Barrier's Inc._____,   Case No. _____
                                    **Debtor**                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    **Sec. 507(a)(8)**

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Attorney General - Steve Six<br>2nd Floor Memorial hall<br>120 S.W. 10th Ave<br>Topeka, KS 66612 | | | Jan - May 2009 | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Attorney General - Steve Six<br>2nd Floor Memorial Hall<br>120 S.W. 10th Ave<br>Topeka, KS 6766612 | | | Federal Withholding Tax<br>3rd Qtr 2008 to 2nd Qtr 2009 38,000.00 | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Internal Revenue Service<br>271 West 3rd North, Suite 3000<br>Stop 5333 WIC<br>Wichita, KS 67202 | | | Incurred: 3rd Qtr 2008 to 2nd Qtr 2009 | | | | 38,000 | 0 | 38,000 |
| ACCOUNT NO.<br><br>Kansas Department of Revenue<br>Robert W. Challquist<br>Legal Services<br>915 SW Harrison St<br>Topeka, KS 66612 | | | Incurred: 1st Qtr to 2nd Qtr 2009<br>State of Kansas Dept of Revenue - Unpaid Sales Tax | | | | 25,000 | 0 | 25,000 |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | | |
|---|---|---|
| **Subtotal** (Totals of this page) | $ 63,000 | $ | $ |
| **Total** (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ 96,232 | | |
| **Totals** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 33,232 | $ 63,000 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

In re ___Barrier's Inc._____,   Case No. _____

            **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Abigails <br> 3219 Industrial St. <br> Alexandria, LA 71301 | | | Consideration: Business Debt | | | | 43 |
| ACCOUNT NO. <br> ADT Security Services, Inc. <br> P.O. Box 371956 <br> Pittsburgh, PA 15250 | | | Consideration: Business Debt | | | | 264 |
| ACCOUNT NO. <br> Air Capital Delivery & Warehouse LLC <br> 5841 Prospect Rd <br> Wichita, KS 67204 | | | Consideration: Business Debt | | | | 5,040 |
| ACCOUNT NO. <br> Ambiance Collections <br> 109-80 180th St. <br> Jamaica, NY 11433 | | | Consideration: Business Debt | | | | -84 |

_____31_____ continuation sheets attached

Subtotal ➤ | $ | 5,263

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

In re  Barrier's Inc.                                                ,          Case No. _____

                **Debtor**                                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ambiente<br>287 Northfield Road<br>Northfield, IL 60093 | | | Consideration: Business Debt | | | | -8 |
| ACCOUNT NO.<br><br>American Express<br>P.O. Box 650448<br>Dallas, TX 75265 | | | Consideration: Credit card debt<br>Paid through ARSI | | | | 0 |
| ACCOUNT NO.<br><br>American GEM Society<br>8881 West Sahara Avenue<br>Las Vegas, NV 89117 | | | Consideration: Business Debt | | | | 5,517 |
| ACCOUNT NO.<br><br>Arthur Court Designs<br>P.O. Box 459<br>Brisbane, CA 94005-0459 | | | Consideration: Business Debt | | | | -66 |
| ACCOUNT NO.<br><br>Ash-Craft<br>5630 E. Central<br>Wichita, KS 67208 | | | Consideration: Business Debt | | | | 14 |

Sheet no.  1  of  31   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶    $       5,457

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

In re  Barrier's Inc.                                            ,        Case No. _____
                        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>AT & T<br>P.O. Box 5011<br>Carol Stream, IL 60197-5001 | | | Consideration: Business Debt | | | | 1,825 |
| ACCOUNT NO.<br>At & T Yellow Pages<br>P.O. Box 630052<br>Dallas, TX 75263-0052 | | | Consideration: Business Debt | | | | 2,956 |
| ACCOUNT NO.<br>AT T ADV'G & Publishing<br>P.O. Box 5010<br>Carol Stream, IL 60197-5010 | | | Consideration: Business Debt | | | | 274 |
| ACCOUNT NO.<br>Aurabella<br>Denver MDSE Mart<br>451 E. 58th Ave #2580<br>Denver, CO 80216 | | | Consideration: Business Debt | | | | 528 |
| ACCOUNT NO.<br>Baird, Kurtz & Dobb<br>BKD, LLP<br>1551 N. Waterfront PKWY<br>Suite 300<br>Wichita, KS 67206-6601 | | | Consideration: Business Debt<br>Disputed claim for services due to provisions<br>of inadequate services | X | | X | 27,856 |

Sheet no. __2__ of __31__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 33,439
Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

In re   Barrier's Inc._____,        Case No. _____
               **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Baume & Mercier<br>P.O. Box 7247<br>Philadelphia, PA 19170-6867 | | | Consideration: Business Debt | | | | 480 |
| ACCOUNT NO.<br><br>Bernardaud NA, Inc.<br>499 Park Ave<br>New York, NY 10022 | | | Consideration: Business Debt | | | | 1,383 |
| ACCOUNT NO.<br><br>Better Business Bureau<br>328 Laura St.<br>Wichita, KS 67211-1517 | | | Consideration: Business Debt | | | | 425 |
| ACCOUNT NO.<br><br>Bever Dye<br>301 N. Main St., Suite 600<br>Wichita, KS 67202 | | | Consideration: Attorney Fees | | | | 52,182 |
| ACCOUNT NO.<br><br>Big River LLC<br>4800 E. Central<br>Wichita, KS 67202 | | | Consideration: Lease Payments | X | | | 5,121 |

Sheet no. __3__ of __31__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $      59,591

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

In re   Barrier's Inc.                                    ,        Case No. _____
                        **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Bixby (Div. of Honora) <br> 18 East 48th Street <br> New York, NY 10017-1014 | | | Consideration: Business Debt | | | | 64,622 |
| ACCOUNT NO. <br> Brad Garman Designs <br> 30 New Court <br> Long Branch, NJ 07740 | | | Consideration: Business Debt | | | | 5,285 |
| ACCOUNT NO. <br> Breuning Inc. USA <br> 1585 Old Norcross Road, Suite #205 <br> Lawrenceville, GA 30046 | | | Consideration: Business Debt | | | | 2,790 |
| ACCOUNT NO. <br> Bulova Corporation <br> P.O. Box 36138 <br> Newark, NJ 07188-6138 | | | Consideration: Business Debt | | | | 5,283 |
| ACCOUNT NO. <br> Carla Corporation <br> 33 Sutton Avenue <br> P.O. Box 14192 <br> East Providence, RI 02914-0192 | | | Consideration: Business Debt | | | | -75 |

Sheet no. __4__ of __31__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 77,905

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

In re  Barrier's Inc.                                    ,          Case No. _____
_____
              **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Cash<br>343 Elizabeth Brady Road<br>Hillsborough, NC 27278 | | | Consideration: Business Debt | | | | -146 |
| ACCOUNT NO. <br><br>Cash (For Cashier's Check)<br>Payble to ZRIKE<br>P.O. Box 7006<br>Oakland, NJ 07436-7006 | | | Consideration: Business Debt | | | | -14 |
| ACCOUNT NO. <br><br>Certified International<br>23383 Network Place<br>Chicago, IL 60673-1233 | | | Consideration: Business Debt | | | | 24 |
| ACCOUNT NO. <br><br>Charriol U.S.A.<br>1227 Prospect Street<br>La Jolla, CA 92037 | | | Consideration: Business Debt | | | | 402 |
| ACCOUNT NO. <br><br>CIT Technology Fin SVC<br>21146 Network Place<br>Chicago, IL 60673-1211 | | | Consideration: Business Debt | | | | -28 |

Sheet no. __5__ of __31__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $                        238

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33242 -

In re   Barrier's Inc.                                    ,        Case No. _____
           **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Citzen's Bank <br> c/o Jane Deterding <br> 4820 E. Douglas Ave <br> Wichita, KS 67208 | | | Assigned Jane Barrier Sudermann's intrest of sale <br> stock subordinate assigment of equity interest | X | | | 82,658 |
| ACCOUNT NO. <br><br> Connoisseurs <br> Products Corporation <br> 17 Presidential Way <br> Woburn, MA 01801-1040 | | | Consideration: Business Debt | | | | 33 |
| ACCOUNT NO. <br><br> Connor Barrier <br> 240 North Pinecrest <br> Wichita, KS 67208 | | | Stockholder | X | | | 10,117 |
| ACCOUNT NO. <br><br> COSERV <br> P.O. Box 100879 <br> Atlanta, GA 30384-0879 | | | Consideration: Business Debt | | | | 172 |
| ACCOUNT NO. <br><br> Cox Communications <br> P.O. Box 22142 <br> Tulsa, OK 74121-2142 | | | Consideration: Business Debt | | | | 280 |

Sheet no. __6__ of __31__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $       93,260

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

In re  Barrier's Inc.                                     ,          Case No. _____
_____
             **Debtor**                                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Culligan Of Wichita<br>P.O. Box 2932<br>Wichita, KS 67201-2932 | | | Consideration: Business Debt | | | | 107 |
| ACCOUNT NO.<br>Demdaco<br>P.O. Box 803314<br>Kansas City, MO 64180-3314 | | | Consideration: Business Debt | | | | -248 |
| ACCOUNT NO.<br>Deruta of Italy<br>225 Fifth Avenue<br>Room 808<br>New York, NY 10010 | | | Consideration: Business Debt | | | | -55 |
| ACCOUNT NO.<br>Design Guild<br>P.O. Box 60<br>Ridgefield Park, NJ 07660-2380 | | | Consideration: Business Debt | | | | -30 |
| ACCOUNT NO.<br>Devine Corp<br>1345 Campus PKWY<br>Neptune, NJ 07753 | | | Consideration: Business Debt | | | | -125 |

Sheet no. __7__ of __31__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $           -351

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

In re  Barrier's Inc.                                             ,     Case No. _____
             **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Diana Vincent 1116 Taylorsville Road Washington Crossing, PA 18977 | | | Consideration: Business Debt | | | | 50 |
| ACCOUNT NO. Discover Business Card P.O. Box 6103 Carol Stream, IL 60197-6103 | | | Consideration: Business Debt | | | | 4,526 |
| ACCOUNT NO. Douglas Design District c/o Carson Bank 4641 E. Douglas Wichita, KS 67218 | | | Consideration: Business Debt | | | | 100 |
| ACCOUNT NO. Dr. Pete's P.O. Box 24089 Savannah, GA 31403 | | | Consideration: Business Debt | | | | 101 |
| ACCOUNT NO. Federated Insurance 121 E. Park Square Owattona, MN 55060 | | | Consideration: Business Debt | | | | 2,450 |

Sheet no.  8  of  31   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 7,227

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

In re  Barrier's Inc.                                      ,          Case No. _____
               **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> FEDEX <br> P.O. Box 94515 <br> Palatine, IL 60094-4515 | | | Consideration: Business Debt | | | | 216 |
| ACCOUNT NO. <br><br> Focus On, LLC <br> 2420 N. Woodlawn Bldg 500 <br> Wichita, KS 67220 | | | Consideration: Business Debt | | | | 4,000 |
| ACCOUNT NO. <br><br> Forum Design <br> 9917 E. Bell Rd, Ste 140 <br> Scottsdale, AZ 85260 | | | Consideration: Business Debt | | | | 1,510 |
| ACCOUNT NO. <br><br> Four Star <br> 2 West 47th Street, Suite #406 <br> New York, NY 10036 | | | Consideration: Business Debt | | | | 40 |
| ACCOUNT NO. <br><br> Frederick Goldman Inc. <br> Diana Classic <br> P.O. Box 5869 <br> Hicksville, NY 11802 | | | Consideration: Business Debt | | | | -993 |

Sheet no. __9__ of __31__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 4,773

Total ► | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

In re  Barrier's Inc._____,     Case No. _____
          **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Global Views <br> 7301 Ambassador Row <br> Dallas, TX 75247 | | | Consideration: Business Debt | | | | -50 |
| ACCOUNT NO. <br><br> Godinger Internatinal <br> RICCI Division <br> 63-15 Traffic Avenue <br> Ridgewood, NY | | | Consideration: Business Debt | | | | -66 |
| ACCOUNT NO. <br><br> Godinger Silver Art Co. <br> 63-15 Traffic Avenue <br> Ridgewood, NY 11385 | | | Consideration: Business Debt | | | | 150 |
| ACCOUNT NO. <br><br> Guthmann + Wittenauer <br> C/O Heier Resources <br> 5119 Highland Road #224 <br> Waterford, MI 48327 | | | Consideration: Business Debt | | | | 2,974 |
| ACCOUNT NO. <br><br> Hebrew Congr. Sisterhood <br> Attn: Rita Magidson <br> 116 Longford, Court <br> Wichita, KS 67206 | | | Consideration: Business Debt | | | | 75 |

Sheet no. __10__ of __31__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $          3,083

Total➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

In re _____Barrier's Inc._____,      Case No. _____
       **Debtor**                                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Heier Resources<br>5119 Highland Road Suite #224<br>Waterford, MI 48327 | | | Consideration: Business Debt | | | | 5,602 |
| ACCOUNT NO.<br><br>Hirsch USA<br>Division of Roma Ind.<br>P.O. Box 1130<br>Largo, FL 33779 | | | Consideration: Business Debt | | | | 432 |
| ACCOUNT NO.<br><br>Honora LTD<br>18 East 48th Street<br>New York, NY 10017-1014 | | | Consideration: Business Debt | | | | 13,355 |
| ACCOUNT NO.<br><br>Hoover & Strong<br>10700 Trade Road<br>Richmond, VA 23236-3000 | | | Consideration: Business Debt | | | | 2,894 |
| ACCOUNT NO.<br><br>House Beautiful<br>The Hearst Corporation<br>P.O. Box 7529<br>Red Oak, IA 51591-0529 | | | Consideration: Business Debt | | | | 21 |

Sheet no. __11__ of __31__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶    $      22,304

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -*

In re  Barrier's Inc.                                    ,        Case No. _____
              **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Hubris Communications <br> 266 N. Main St Ste 150 <br> Wichita, KS 67202-1516 | | | Consideration: Business Debt | | | | 139 |
| ACCOUNT NO. <br><br> Hugh Glenn Corporation <br> 345 Seventh Ave <br> 22nd Floor <br> New York, NY 10001 | | | Consideration: Business Debt | | | | 103 |
| ACCOUNT NO. <br><br> I.V. Designs <br> Ivan Levi <br> 29 East Madison, Ste 1514 <br> Chicago, IL 60602 | | | Consideration: Business Debt | | | | 210 |
| ACCOUNT NO. <br><br> Interspace Airport ADV'G <br> P.O. Box 847247 <br> Dallas, TX 75284-7247 | | | Consideration: Business Debt | | | | 5,970 |
| ACCOUNT NO. <br><br> Interstate All Battery Center <br> 5530 East Central Ave <br> Wichita, KS 67208 | | | Consideration: Business Debt | | | | 42 |

Sheet no. __12__ of __31__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►   $        6,464

Total ►   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

In re  Barrier's Inc.                                    ,        Case No. _____
_____
                    **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>J S J Enterprises<br>4800 E. Douglas Ave<br>Wichita, KS 67208 | | | Consideration: Business Debt | X | | | 9,271 |
| ACCOUNT NO.<br><br>JAFFA/Salm (Norwood)<br>P.O. Box 952349<br>Saint Louis, MO 63195 | | | Consideration: Business Debt | | | | 93 |
| ACCOUNT NO.<br><br>Jane Barrier Suderman | | | | X | | | Notice Only |
| ACCOUNT NO.<br><br>Jay Barrier Estate<br>c/o Bill Cobb<br>Bever Dye<br>301 N. Main St., Suite 600<br>Wichita, KS 67202 | | | Stockholder | X | X | | 0 |
| ACCOUNT NO.<br><br>Jay Barrier II<br>254 N. Pinecrest<br>Wichita, KS 67208 | | | Stockholder | X | | | 10,117 |

Sheet no. _13_ of _31_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 19,481

Total ► | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -*

B6F (Official Form 6F) (12/07) - Cont.

In re Barrier's Inc. _____,    Case No. _____
                        **Debtor**                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Jewelers of America General Post Office P.O, Box 29625 New York, NY 10087-9625 | | | Consideration: Business Debt | | | | 100 |
| ACCOUNT NO.  JFA Designs 3151 Airway Ave B-3 Suite Costa Mesa, CA 92626 | | | Consideration: Business Debt | | | | 1,225 |
| ACCOUNT NO.  Juliska/Penshurst Penshurst Trading Inc. 465 Canal Street Stamford, CT 06902-5910 | | | Consideration: Business Debt | | | | 13 |
| ACCOUNT NO.  Kansas Gas Service P.O. Box 22158 Tulsa, OK 74121-2158 | | | Consideration: Business Debt | | | | 31 |
| ACCOUNT NO.  Karlan International Inc. 10300 N. Central Expwy #426 Dallas, TX 75231 | | | Consideration: Business Debt | | | | 3,066 |

Sheet no. 14 of 31 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 4,435

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

In re <u>Barrier's Inc.</u>,      Case No. _____

          **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Konica Minolta Business Solutions<br>222 W. Murdock<br>Wichita, KS 67201 | | | Consideration: Business Debt | | | | 525 |
| ACCOUNT NO.<br><br>L.J. Pracht Co., Inc.<br>P.O. Box 2563<br>Wichita, KS 67201 | | | Consideration: Business Debt | | | | 65 |
| ACCOUNT NO.<br><br>Lalique<br>25 Branca Road<br>East Rutherford, NJ 07073 | | | Consideration: Business Debt | | | | 275 |
| ACCOUNT NO.<br><br>Larue Coffee<br>P.O. Box 451119<br>Omaha, NE 68145-6199 | | | Consideration: Business Debt | | | | 323 |
| ACCOUNT NO.<br><br>Leeber Limited USA<br>115 Pencader Drive<br>Newark, DE 19702 | | | Consideration: Business Debt | | | | 106 |

Sheet no. <u>15</u> of <u>31</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►    $      1,294

Total ►    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

B6F (Official Form 6F) (12/07) - Cont.

In re Barrier's Inc. _____,  Case No. _____
        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Leys, Christie & Co Inc.<br>The Harwood Building<br>Scarsdale, NY 10583 | | | Consideration: Business Debt | | | | 10 |
| ACCOUNT NO.<br>Lifetime Brands Inc.<br>Dept CH17745<br>Palatine, IL 60055-7745 | | | Consideration: Business Debt | | | | 1,890 |
| ACCOUNT NO.<br>Lion Ribbon/Berwick Ind<br>Lockbox 1881<br>P.O. Box 8500<br>Philadelphia, PA 19178-1881 | | | Consideration: Business Debt | | | | -170 |
| ACCOUNT NO.<br>Love Plates<br>Casafina<br>301 Fields Lane<br>Brewster, NY 10509 | | | Consideration: Business Debt | | | | -113 |
| ACCOUNT NO.<br>Lumin Jewelry Co,<br>12 Edgeboro Road<br>East Brunswick, NJ 08816 | | | Consideration: Business Debt | | | | 107 |

Sheet no. 16 of 31 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 1,724

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  Barrier's Inc.                                          ,          Case No. _____
                  **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mariposa<br>The Barn<br>5 Elm Street<br>Manchester, MA 01944 | | | Consideration: Business Debt | | | | -42 |
| ACCOUNT NO.<br><br>Marsden Brothers Promotion Inc.<br>10787 South 1st East<br>Idaho Falls, ID 83404 | | | Consideration: Consignment and Promotion Agreement | X | | | 0 |
| ACCOUNT NO.<br><br>Martin's Herend Imports<br>P.O. Box 1178<br>Sterling, VA 20167 | | | Consideration: Business Debt | | | | -294 |
| ACCOUNT NO.<br><br>Mary Ellen Barrier<br>216 North Pershing<br>Wichita, KS 67208 | | | Stockholder | X | X | | Unknown |
| ACCOUNT NO.<br><br>Mary Jurek Design Inc,<br>2301 W 205th St.<br>Torrance, CA 90501-1453 | | | Consideration: Business Debt | | | | -23 |

Sheet no. __17__ of __31__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $      -359

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

In re  Barrier's Inc.                                          ,        Case No. _____

                        **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  00111980360<br><br>MFS Heritage Trust Co.<br>MFS Service Center, Inc.<br>P.O. Box 55824<br>Boston, MA 02205-5824 | | | Consideration: 401K<br>Unfunded 401K | | | | 33,232 |
| ACCOUNT NO.<br><br>Mikasa<br>P.O. Box 102700<br>Atlanta, GA 30368 | | | Consideration: Business Debt | | | | -1,582 |
| ACCOUNT NO.<br><br>Mitchell Import Co., Inc.<br>7101 College Blvd Suite 1538<br>Overland Park, KS 66210 | | | Consideration: Business Debt | | | | 292 |
| ACCOUNT NO.<br><br>Montblanc North Amer LLC<br>252 Brodhed Road Suite 500<br>Bethlehem, PA 18017 | | | Consideration: Business Debt | | | | 610 |
| ACCOUNT NO.<br><br>Morgan Barrier<br>240 N. Pinecrest<br>Wichita, KS 67208 | | | Stockholder | X | | | 10,117 |

Sheet no. __18__ of __31__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      42,669

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

In re   Barrier's Inc.                                          ,                    Case No. _____
                              **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mottahedeh & Co., Inc.<br>4 Corporate Dr.<br>Cranbury, NJ 08512-3613 | | | Consideration: Business Debt | | | | -98 |
| ACCOUNT NO.<br><br>Movado Group Inc.<br>15741 Collections Center Drive<br>Chicago, IL 60693 | | | Consideration: Business Debt | | | | 9,698 |
| ACCOUNT NO.<br><br>NAWC Service<br>P.O. Box 88810<br>Chicago, IL 60695-1810 | | | Consideration: Business Debt | | | | 5,328 |
| ACCOUNT NO.<br><br>New York Classics LTD<br>250 Spring Street<br>Suite 7W-365<br>Atlanta, GA 30303 | | | Consideration: Business Debt | | | | -10 |
| ACCOUNT NO.<br><br>New York Findings<br>72 Bowery<br>New York, NY 10013 | | | Consideration: Business Debt | | | | 1 |

Sheet no. __19__ of __31__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 14,919

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

In re <u>Barrier's Inc.</u> ,        Case No. _____
       **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Officemax Credit Plan <br>HSBC Business Solutions <br>P.O. Box 5239 <br>Carol Stream, IL 60197-5239 | | | Consideration: Business Debt | | | | 767 |
| ACCOUNT NO. <br><br>OTTO Frei <br>126 2nd Street <br>Oakland, CA 94607 | | | Consideration: Business Debt | | | | -4 |
| ACCOUNT NO. <br><br>Pitney Bowes Global Fin <br>P.O. Box 856460 <br>Louisville, KY 40285-6460 | | | Consideration: Business Debt | | | | 338 |
| ACCOUNT NO. <br><br>Pitney Bowes Inc. <br>P.O. Box 856390 <br>Louisville, KY 40285-6056 | | | Consideration: Business Debt | X | | | 80 |
| ACCOUNT NO. <br><br>Postage Reserve Account <br>P.O. Box 856056 <br>Louisville, KY 40285-6056 | | | Consideration: Business Debt | | | | 468 |

Sheet no. <u>20</u> of <u>31</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $        1,649

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

In re ___Barrier's Inc._____,    Case No. _____
        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Powell Labels <br> P.O. Box 15687 <br> Santa Ana, CA 92735 | | | Consideration: Business Debt | | | | 892 |
| ACCOUNT NO. <br><br> Prepaid Visa | | | Consideration: Business Debt | | | | 509 |
| ACCOUNT NO. <br><br> Protection One <br> P.O. Box 79016 <br> Phoenix, AZ 85062-9016 | | | Consideration: Business Debt | | | | 114 |
| ACCOUNT NO. <br><br> Purchase Power <br> P.O. Box 856042 <br> Louisville, KY 40285-6042 | | | Consideration: Business Debt | | | | 2,108 |
| ACCOUNT NO. <br><br> Quill Corporation <br> P.O. Box 856042 <br> Louisville, KY 40285-6042 | | | Consideration: Business Debt | | | | 95 |

Sheet no. _21_ of _31_ continuation sheets attached       Subtotal ▶ | $ | 3,718
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                           Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 3342 -

In re <u>Barrier's Inc.</u>                              ,          Case No. _____

                **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Ralph Lauren Home <br> Attn: Karen Pascucci <br> 9 Polito Ave <br> Lyndgurst, NJ 07071 | | | Consideration: Business Debt | | | | -46 |
| ACCOUNT NO. <br><br> Randy Cooper's <br> 2132 N. Rock Rd. Suite 109 <br> Wichita, KS 67206 | | | Consideration: Business Debt | | | | 1,275 |
| ACCOUNT NO. <br><br> Raz Imports, Inc. <br> 1020 Eden Rd. <br> Arlington, TX 76001-7885 | | | Consideration: Business Debt | | | | 2,015 |
| ACCOUNT NO. <br><br> Reed & Barton Corp. <br> P.O. Box 414295 <br> Boston, MA 02241-4295 | | | Consideration: Business Debt | | | | 2,900 |
| ACCOUNT NO. <br><br> Rembrandt Charms <br> 370 S. Young Road <br> Buffalo, NY 14221 | | | Consideration: Business Debt | | | | 307 |

Sheet no. <u>22</u> of <u>31</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $        6,451

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33242 -

In re ___Barrier's Inc._____,    Case No. _____
          **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Rio Grande <br> P.O. Box 12277 <br> Albuquerque, NM 87195 | | | Consideration: Business Debt | | | | -5 |
| ACCOUNT NO. <br><br> Robert Lee Morris <br> One Rockefeller Plaza <br> New York, NY 10020 | | | Consideration: Business Debt | | | | -67 |
| ACCOUNT NO. <br><br> Rolex Watch USA <br> 665 Fifth Ave <br> New York, NY 10022 | | | Consideration: Business Debt <br><br> X | | | | 13,540 |
| ACCOUNT NO. <br><br> Rosenthal <br> 355 Michelle Place <br> Carlstadt, NJ 07072 | | | Consideration: Business Debt | | | | -105 |
| ACCOUNT NO. <br><br> Rotary Club of Wichita <br> 106 W. Douglas #611 <br> Wichita, KS 67202-3308 | | | Consideration: Business Debt | | | | 480 |

Sheet no. __23__ of __31__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  13,843

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 3342 -

In re   Barrier's Inc.
_____,          Case No. _____

**Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Royal Scandinavia, Inc.<br>Orrefors Kosta Boda, Inc.<br>P.O. Box 510864<br>Philadelphia, PA 19175-0864 | | | Consideration: Business Debt | | | | 353 |
| ACCOUNT NO.<br><br>S & S Time Corp.<br>P.O. Box 1232<br>Owasso, OK 74055 | | | Consideration: Business Debt | | | | -164 |
| ACCOUNT NO.<br><br>Security Self Storage<br>(PAYM for Unit E-05)<br>405 S. Hillside<br>Wichita, KS 67211 | | | Consideration: Business Debt | | | | 279 |
| ACCOUNT NO.<br><br>Seville Watch Corp<br>635 Madison Ave<br>6th Floor (Attn:Brenda)<br>New York, NY 10022 | | | Consideration: Business Debt | | | | 92 |
| ACCOUNT NO.<br><br>Signature Housewares Inc,<br>671 Via Alondra Suite 801<br>Camarillo, CA 93012 | | | Consideration: Business Debt | | | | -3 |

Sheet no. __24__ of __31__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $                557

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

In re __Barrier's Inc._____,     Case No. _____
                **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Simon Pearce<br>109 Park Road<br>Windsor, VT 05089 | | | Consideration: Business Debt | X | | | -62 |
| ACCOUNT NO.<br><br>Southern Accents<br>P.O. Box 830479<br>Birmingham, AL 35283-0479 | | | Consideration: Business Debt | | | | 19 |
| ACCOUNT NO.<br><br>Sprint PCS<br>P.O. Box 660092<br>Dallas, TX 75266-0092 | | | Consideration: Business Debt | | | | 95 |
| ACCOUNT NO.<br><br>Sprint PCS<br>P.O. Box 660092<br>Dallas, TX 75266-0092 | | | Consideration: Business Debt | | | | 49 |
| ACCOUNT NO.<br><br>Stanton Group<br>617 S. Oliver Street #506<br>Los Angeles, CA 90014-1627 | | | Consideration: Business Debt | | | | 4,701 |

Sheet no. __25__ of __31__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    4,802

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 3342 -

In re  Barrier's Inc.                                      ,          Case No. _____
       **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Stuller <br> P.O. Box 8777 <br> Lafayette, LA 70598 | | | Consideration: Business Debt | | | | 132 |
| ACCOUNT NO. <br><br> Superior Rubber Stamp <br> 2725 E. Douglas <br> Wichita, KS 67211 | | | Consideration: Business Debt | | | | 5 |
| ACCOUNT NO. <br><br> Swatch/PPD RPRS <br> 55 Metro Way, Suite #1 <br> Secaucus, NJ 07094 | | | Consideration: Business Debt | | | | -205 |
| ACCOUNT NO. <br><br> Tee for TU <br> 13280 SE 131st <br> Miami, FL 33186 | | | Consideration: Business Debt | | | | 132 |
| ACCOUNT NO. <br><br> The John Henry Comany <br> Multipackaging Solutions <br> 75 Remittance Drive Suite 3111 <br> Chicago, IL 60675-3111 | | | Consideration: Business Debt | | | | 4 |

Sheet no. __26__ of __31__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    68

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 32342 -

In re  Barrier's Inc.
_____,   Case No. _____
              **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>The Royal China<br>Attn: Michael Shapiro<br>1265 Glen Avenue<br>Moorestown, NJ 08057 | | | Consideration: Business Debt | | | | -70 |
| ACCOUNT NO. <br><br>Tony Blake Design Art<br>800 E. 1st<br>Suite 130<br>Wichita, KS 67202 | | | Consideration: Business Debt | | | | 351 |
| ACCOUNT NO. <br><br>Town & Country<br>The Hearst Corporation<br>P.O. box 7529<br>Red Oak, IA 51591-0529 | | | Consideration: Business Debt | | | | 28 |
| ACCOUNT NO. <br><br>Trade Associates Group<br>1730 West Wrightwood<br>Chicago, IL 60614-1914 | | | Consideration: Business Debt | | | | -468 |
| ACCOUNT NO. <br><br>Transcon Shipping Co Inc,<br>6242 Westchester PKWAY<br>Suite 16D<br>Los Angeles, CA 90045 | | | Consideration: Business Debt | | | | 184 |

Sheet no. 27 of 31 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $        25

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

In re ___Barrier's Inc._____,     Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Tru-Kay<br>2 Carol Drive<br>Lincoln, RI 02865 | | | Consideration: Business Debt | | | | 48 |
| ACCOUNT NO.<br><br>Uline<br>2200 S. Lakeside Drive<br>Waukegan, IL 60085 | | | Consideration: Business Debt | | | | 89 |
| ACCOUNT NO.<br><br>United Refreshments Inc.<br>P.O. Box 30734<br>Lincoln, NE 68503-0734 | | | Consideration: Business Debt | | | | 21 |
| ACCOUNT NO.<br><br>United Way of the Plain<br>P.O. Box 47208<br>Wichita, KS 67201 | | | Consideration: Business Debt | | | | 35 |
| ACCOUNT NO.<br><br>Univerisal Watch Repair<br>555 S. Old Woodward Av.<br>Birmingham, MI 48009 | | | Consideration: Business Debt | | | | 1,200 |

Sheet no. __28__ of __31__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 1,393

Total ► | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

In re __Barrier's Inc._____,     Case No. _____
         **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Vagabond Vintage Firnishings 1660A Chattahoche Ave NW Atlanta, GA 30318 | | | Consideration: Business Debt | | | | -24 |
| ACCOUNT NO.  Veranda P.O. Box 8231 Red Oak, IA 51591-5321 | | | Consideration: Business Debt | | | | 48 |
| ACCOUNT NO.  Verragio 132 W 36th St. 8th Floor New York, NY 10018 | | | Consideration: Business Debt | | | | 1,600 |
| ACCOUNT NO.  Villeroy & Boch Post Office Box 26534 New York, NY 10087-6534 | | | Consideration: Business Debt | | | | 286 |
| ACCOUNT NO.  Waste Management of Wichita P.O. Box 9001054 Louisville, KY 40290-1054 | | | Consideration: Business Debt | | | | 408 |

Sheet no. __29__ of __31__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  | $ | 2,318

Total ▶  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

In re ___Barrier's Inc._____,     Case No. _____
           **Debtor**                                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Watches Etc. <br> 5934 NW 39th <br> Oklahoma City, OK 73122 | | | Consideration: Business Debt | | | | 20 |
| ACCOUNT NO. <br><br> Waterford Wedgwood USA <br> 1330 Campus Parkway <br> Wall, NJ 07719 | | | Consideration: Business Debt | | | | 357 |
| ACCOUNT NO. <br><br> Westar Energy <br> P.O. Box 758500 <br> Topeka, KS 66675-8500 | | | Consideration: Business Debt | | | | 274 |
| ACCOUNT NO. <br><br> Wichita Chamber of Commerce <br> 350 W. Douglas <br> Wichita, KS 67202-2970 | | | Consideration: Business Debt | | | | 534 |
| ACCOUNT NO. <br><br> WICHITA Magazine <br> 2111 S. Eastgate Ave <br> Springfield, MO 65809 | | | Consideration: Business Debt | | | | 3,720 |

Sheet no. __30__ of __31__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                     Subtotal ▶    $      4,905

                     Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

In re    Barrier's Inc._____,    Case No. _____
        **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>William Barrier<br>254 N. Pinecrest<br>Wichita, KS 67208 | | | Stockholder | X | | | 0 |
| ACCOUNT NO.<br><br>Williams Ace Hardware<br>6230 East Central<br>Wichita, KS 67208-4279 | | | Consideration: Business Debt | | | | 11 |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |

Sheet no. _31_ of _31_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►   $       11

Total ►   $     442,556

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

In re  Barrier's Inc.          Case No. _____

_____

       **Debtor**                             **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Big River, LLC<br>4800 E. Douglas<br>Wichita, KS 67208 | Lease of Barrier's Building at<br>Douglas & Oliver |
| J S J Enterprises<br>114 N. Oliver<br>Wichita, KS | Lease of small building on 114 N. Oliver |
| Marsden Brothers Promotion Inc.<br>10787 South 1st East<br>Idaho Falls, ID 83404 | Consignment and Promotion Agreement |
| Rolex Watch U.S.A., Inc<br>665 Fifth Avenue<br>New York,  NY 10022 | Sales Agreement |
| Citizen's Bank<br>c/o Jane Deterding<br>4820 E. Douglas Ave<br>Wichita, KS 67208 | Assignment of Jane Suderman's<br>Interest in J S J Enterprises and Barrier's Inc. |
| Pitney Bowes Inc.<br>P.O. Box 856390<br>Louisville, KY 40285-6056 | DM200L Desktop Mailing System |
| Simon Pearce<br>109 Park Road<br>Windsor, VT 05089 | Authorized Wholesale Glass & Pottery Dealer |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33242 -

In re  Barrier's Inc.                                    Case No. _____
        **Debtor**                                                        **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Jay Barrier Estate<br>c/o Bill Cobb<br>Bever Dye<br>301 N. Main St., Suite 600<br>Wichita, KS 67202 | Intrust Bank |
| Mary Ellen Barrier<br>216 North Pershing<br>Wichita, KS 67208 | Intrust Bank |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

# United States Bankruptcy Court
## District of Kansas

In re ___Barrier's Inc._____

_____
Debtor

Case No. _____

Chapter ___11___

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 0 | | |
| B – Personal Property | YES | 4 | $ 2,815,582 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 400,000 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $ 96,232 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 32 | | $ 442,556 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0 |
| **TOTAL** | | 45 | $ 2,815,582 | $ 938,788 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

# United States Bankruptcy Court
### District of Kansas

In re    Barrier's Inc.            Case No. _____

          Debtor

                                                  Chapter     11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   N.A. |
| Student Loan Obligations (from Schedule F) | $   N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $   N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $   N.A. |
| TOTAL | $   N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $   N.A. |
| Average Expenses (from Schedule J, Line 18) | $   N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $   N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   N.A. |
| 4. Total from Schedule F | | $   N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   N.A. |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

Barrier's Inc.

**In re** _____     **Case No.** _____
              **Debtor**                                                           **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature: _____
                                                         Debtor:

Date _____     Signature: _____
                                                        (Joint Debtor, if any)

                                                 [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

       I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any,               Social Security No.
of Bankruptcy Petition Preparer                  *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

_____
Address

X _____     _____
      Signature of Bankruptcy Petition Preparer                       Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the  President _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the Barrier's Inc. _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __47__ sheets *(total shown on summary page plus 1),*and that they are true and correct to the best of my knowledge, information, and belief.

Date ___10/23/2009_____     Signature: _____/s/ Mary Ellen Barrier_____

                                                             _____MARY ELLEN BARRIER_____
                                                          [Print or type name of individual signing on behalf of debtor.]

---

               *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

# UNITED STATES BANKRUPTCY COURT
## District of Kansas

In Re __Barrier's Inc._____     Case No. _____
                                                                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| 2009 | 1,320,000.00 | Gross Revenue YTD |
| 2008 | -317,791.00 | Barrier's Ordinary Business Income (LOSS) |
| 2007 | 446,410.00 | Barrier's Ordinary Business Income |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

**2. Income other than from employment or operation of business**

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None ☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Stephany J. Applegate CPA 8515 Meadow Park Court Wichita, KS 67205 | 10/14/2009 | 8662.00 | |
| Stephany J. Applegate CPA 8515 Meadow Park Court Wichita, KS 67205 | 10/21/2009 | 3725.00 | |
| Abigails 3219 Industrial St. Alexandria, LA 71301 | 10/21/2009 | 8039.00 | 43 |
| American Express P.O. Box 650448 Dallas, TX 75265 | | 12,000.00 | C/C Settled |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33242 -

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Mary Ellen Barrier<br>216 North Pershing<br>Wichita, KS 67208 | | 9,900.00 | |
| Big River LLC<br>4800 E. Central<br>Wichita, KS 67202 | | 19,936.00 | |
| Blue Cross/Blue Shield<br>P.O. Box 1402<br>Topeka, KS 66601 | | 9,099.81 | |
| GEM Platinum<br>48 W. 48th St #1506<br>New York, NY 10036 | | 8,809.75 | |
| Armin A. Mezlik Co, Inc.<br>37 W. 47th Street<br>Room #804<br>New York, NY 10036 | | 14545.10 | |
| Montblanc North Amer LLC<br>252 Brodhed Road Suite 500<br>Bethlehem, PA 18017 | | 6,538.70 | |
| Rolex Watch USA, Inc.<br>665 Fifth Ave.<br>New York, NY 10022 | | 54,838.23 | |
| Scott Kay, Inc.<br>780 Palisade Ave<br>Teaneck, NJ 07666-3166 | | 7,633.93 | |
| Moody Heating & Air<br>1020 W. Maple<br>Wichita, KS 67213 | | 12,821.91 | |
| Citzen's Bank<br>c/o Jane Deterding<br>4820 E. Douglas Ave<br>Wichita, KS 67208 | | 10,083.24 | |
| Westar Energy<br>P.O. Box 758500<br>Topeka, KS 66675-8500 | | 5,435.71 | 274 |
| KWCH-12<br>2815 E. 37th N.<br>Wichita, KS 67219 | | 7,800.00 | |
| Clear Channel<br>9323 E. 37th N.<br>Wichita, KS 67226 | | 10,420.00 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

None

☐　　*c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Mary Ellen Barrier<br>216 North Pershing<br>Wichita, KS 67208 | Loan Repay | 14,400.00 | |
| Jay Barrier<br>4800 East Douglas Ave<br>Wichita, KS 67208 | Gross Wages | 5207.61 | |
| Mary Ellen Barrier<br>216 North Pershing<br>Wichita, KS 67208 | Gross Wages | 44,500.20 | 0 |
| Mary Ellen Barrier<br>216 North Pershing<br>Wichita, KS 67208 | Other - Exp. Reimbursment | 175.00 | |
| Jay Barrier<br>4800 East Douglas Ave<br>Wichita, KS 67208 | Life Insurance Premium | 4804.99 | |
| Jay Barrier<br>4800 East Douglas Ave<br>Wichita, KS 67208 | Less Returned Premiums | -3194.53 | |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☒　　a.　　List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

None b. Describe all property that has been attached, garnished or seized under any legal or equitable process
☒ within one year immediately preceding the commencement of this case. (Married debtors filing under chapter
12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a
☒ deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement
of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and Receiverships**

None a. Describe any assignment of property for the benefit of creditors made within 120 days immediately
☒ preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within
☒ one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or
chapter 13 must include information concerning property of either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

**7. Gifts**

None ☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Edward J. Nazar<br>Redmond & Nazar, L.L.P.<br>245 North Waco, Suite 402<br>Wichita, Kansas 67202 | 10/21/2009 | 8039.00 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

**10. Other transfers**

None ☐   a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Traded in BMW for Mercury Montery Vehicle | 11/24/2008 | Traded Corporated BMW for Mercury Montery Delivery Vehicle WBADN634X2GM74422 |

b.   List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None ☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☒   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

**12. Safe deposit boxes**

None
☒

      List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
☐

      List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| Big River, LLC<br>4800 E. Douglas<br>Wichita, KS 67208<br>set of cost of a/c unit<br>replacement for rent to Big<br>River LLC | August 2009 | |
| J S J Enterprises<br>4800 E. Douglas Ave<br>Wichita, KS 67208<br>off set capital expenditure per<br>replacement metal roof and tear<br>down @ 114 N. Oliver , KS<br>67208 | 2008 | |

**14. Property held for another person**

None
☐

      List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Marsden Brothers<br>10787 South 1st East<br>Idaho Falls, ID 83404 | Consigned Goods - Per Agreement | Debtor's Possession<br>4800 E. Douglas Ave<br>Wichtia, KS 67208 |
| Customer Repairs | Unknown Value | Debtor's Possession<br>4800 E. Douglas Ave<br>Wichtia, KS 67208 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

| NAME AND<br>ADDRESS OF OWNER | DESCRIPTION AND<br>VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Armin A. Meizlik Co, Inc.<br>37 West 47th street, Suite 804<br>New York, NY 10036 | Diamonds held on consignment<br>$40,963.00 | Debtor's Possession<br>4800 E. Douglas Ave<br>Wichtia, KS 67208 |
| Clarity Collection<br>3732 Carmel View Rd<br>San Diego, CA 92130 | Diamonds held on consignment<br>$11,091.00 | Debtor's Possesson<br>4800 E. Douglas Ave<br>Wichita, KS 67208 |

**15. Prior address of debtor**

None 

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME<br>AND ADDRESS | NAME AND ADDRESS<br>OF GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33242 -

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| JSJ Enterprises | 74-2827054 | 114 N. Oliver Wichita, KS | Owns the real estate at 114 N. Oliver Partnership consists of Barrier's Inc 50/50 with Probate Estate of Jay Barrier | |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None ☐

| NAME | ADDRESS |
|------|---------|
| JSJ Enterprises | 114 N. Oliver |
|  | Wichita, KS |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19.  Books, record and financial statements**

None ☐

a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| Lori Williams - Employee - Bookkeeper | 1999-2009 |
| Baird, Kurtz & Dobb BKD, LLP 1551 N. Waterfront PKWY Suite 300 Wichita, KS 67206-6601 | 1970's - 12/31/2008 |
| Stephany J. Applegate - CPA 532 South Market Street Wichita, KS 67202 | July 2009 - October 2009 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

None    b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy
☐    case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Lori Williams | | 1999 - 2009 |
| Baird, Kurtz & Dobb<br>BKD, LLP<br>1551 N. Waterfront PKWY<br>Suite 300<br>Wichita, KS 67206-6601 | | 1970's - 2008 |
| Stephany J. Applegate - CPA<br>532 South Market Street<br>Wichita, KS 67202 | | 7/2009 to 10/2009 |

None    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the
☐    books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Lori Williams | |
| Stephany J. Applegate - CPA<br>532 South Market Street<br>Wichita, KS 67202 | |

None    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom
☐    a financial statement was issued within the two years immediately preceding the commencement of this case by
    the debtor.

| NAME AND ADDRESS | DATE<br>ISSUED |
|---|---|
| Instrust Bank, NA | |
| Bank of the West | |

**20. Inventories**

None ☐    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 12/31/2008 | Lori Williams | 1,944,739.00 |

None ☐    b.    List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| Lori Williams | |

**21. Current Partners, Officers, Directors and Shareholders**

None ☒    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Mary Ellen Barrier<br>216 North Pershing<br>Wichita, KS 67208 | President/Sec/Treasurer | 50.6% = 79 Voting Shares<br>34.4% = 4,757 Non-Voting Shares |
| Jay Barrier Estate<br>4800 East Douglas Ave<br>Wichita, KS 67208 | | 49.4% = 77 Voting Shares<br>61.2% = 8,432 Non Voting Shares |
| Morgan Barrier<br>240 N. Pinecrest<br>Wichita, KS 67208 | | 1.1 % = 146 non-voting Shares |
| Jay Barrier, II<br>254 Pinecrest<br>Wichita, KS 67208 | | 1.1% = 146 non-voting shares |
| William Barrier<br>254 N. Pinecrest<br>Wichita, KS 67208 | | 1.1% = 146 non-voting shares |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Connor Barrier<br>240 North Pinecrest<br>Wichita, KS 67208 | | 1.1% = 146 non-voting shares |

---

**22. Former partners, officers, directors and shareholders**

None ☒    a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

---

None ☐    b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Jay Barrier<br>4800 East Douglas Ave<br>Wichita, KS 67208 | | |

---

**23. Withdrawals from a partnership or distribution by a corporation**

None ☐    If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Jay Barrier<br>4800 East Douglas Ave<br>Wichita, KS 67208 | | |
| Mary Ellen Barrier<br>216 North Pershing<br>Wichita, KS 67208 | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33242 -

**24. Tax Consolidation Group**

None
☒

      If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION            TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds**

None
☐

      If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND            TAXPAYER IDENTIFICATION NUMBER (EIN)

Barrier's SEP IRA

\*   \*   \*   \*   \*   \*

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    10/23/2009                Signature     /s/ Mary Ellen Barrier

                                                  MARY ELLEN BARRIER,
President

                                                     Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33242 -

<u>0</u> continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

Abigails
3219 Industrial St
Alexandria LA 71301


ADT Security Services Inc
PO Box 371956
Pittsburgh PA 15250


Air Capital Delivery  Warehouse LLC
5841 Prospect Rd
Wichita KS 67204


Ambiance Collections
109-80 180th St
Jamaica NY 11433


Ambiente
287 Northfield Road
Northfield IL 60093


American Express
PO Box 650448
Dallas TX 75265


American GEM Society
8881 West Sahara Avenue
Las Vegas NV 89117


Arthur Court Designs
PO Box 459
Brisbane CA 94005-0459


Ash-Craft
5630 E Central
Wichita KS 67208


AT  T
PO Box 5011
Carol Stream IL 60197-5001


At  T Yellow Pages
PO Box 630052
Dallas TX 75263-0052

```
AT T ADVG  Publishing
PO Box 5010
Carol Stream IL 60197-5010


Attorney General - Steve Six
2nd Floor Memorial hall
120 SW 10th Ave
Topeka KS 66612


Attorney General - Steve Six
2nd Floor Memorial Hall
120 SW 10th Ave
Topeka KS 6766612


Aurabella
Denver MDSE Mart
451 E 58th Ave 2580
Denver CO 80216


Baird Kurtz  Dobb
BKD LLP
1551 N Waterfront PKWY
Suite 300
Wichita KS 67206-6601


Baume  Mercier
PO Box 7247
Philadelphia PA 19170-6867


Bernardaud NA Inc
499 Park Ave
New York NY 10022


Better Business Bureau
328 Laura St
Wichita KS 67211-1517


Bever Dye
301 N Main St Suite 600
Wichita KS 67202


Big River LLC
4800 E Central
Wichita KS 67202
```

Big River LLC
4800 E Douglas
Wichita KS 67208


Bixby Div of Honora
18 East 48th Street
New York NY 10017-1014


Brad Garman Designs
30 New Court
Long Branch NJ 07740


Breuning Inc USA
1585 Old Norcross Road Suite 205
Lawrenceville GA 30046


Bulova Corporation
PO Box 36138
Newark NJ 07188-6138


Carla Corporation
33 Sutton Avenue
PO Box 14192
East Providence RI 02914-0192


Cash
343 Elizabeth Brady Road
Hillsborough NC 27278


Cash For Cashiers Check
Payble to ZRIKE
PO Box 7006
Oakland NJ 07436-7006


Certified International
23383 Network Place
Chicago IL 60673-1233


Charriol USA
1227 Prospect Street
La Jolla CA 92037

CIT Technology Fin SVC
21146 Network Place
Chicago IL 60673-1211


Citizens Bank
co Jane Deterding
4820 E Douglas Ave
Wichita KS 67208


Citzens Bank
co Jane Deterding
4820 E Douglas Ave
Wichita KS 67208


Connoisseurs
Products Corporation
17 Presidential Way
Woburn MA 01801-1040


Connor Barrier
240 North Pinecrest
Wichita KS 67208


COSERV
PO Box 100879
Atlanta GA 30384-0879


Cox Communications
PO Box 22142
Tulsa OK 74121-2142


Culligan Of Wichita
PO Box 2932
Wichita KS 67201-2932


Demdaco
PO Box 803314
Kansas City MO 64180-3314


Deruta of Italy
225 Fifth Avenue
Room 808
New York NY 10010

Design Guild
PO Box 60
Ridgefield Park NJ 07660-2380


Devine Corp
1345 Campus PKWY
Neptune NJ 07753


Diana Vincent
1116 Taylorsville Road
Washington Crossing PA 18977


Discover Business Card
PO Box 6103
Carol Stream IL 60197-6103


Douglas Design District
co Carson Bank
4641 E Douglas
Wichita KS 67218


Dr Petes
PO Box 24089
Savannah GA 31403


Federated Insurance
121 E Park Square
Owattona MN 55060


FEDEX
PO Box 94515
Palatine IL 60094-4515


Focus On LLC
2420 N Woodlawn Bldg 500
Wichita KS 67220


Forum Design
9917 E Bell Rd Ste 140
Scottsdale AZ 85260

Four Star
2 West 47th Street Suite 406
New York NY 10036


Frederick Goldman Inc
Diana Classic
PO Box 5869
Hicksville NY 11802


Global Views
7301 Ambassador Row
Dallas TX 75247


Godinger Internatinal
RICCI Division
63-15 Traffic Avenue
Ridgewood NY


Godinger Silver Art Co
63-15 Traffic Avenue
Ridgewood NY 11385


Guthmann  Wittenauer
CO Heier Resources
5119 Highland Road 224
Waterford MI 48327


Hebrew Congr Sisterhood
Attn Rita Magidson
116 Longford Court
Wichita KS 67206


Heier Resources
5119 Highland Road Suite 224
Waterford MI 48327


Hirsch USA
Division of Roma Ind
PO Box 1130
Largo FL 33779


Honora LTD
18 East 48th Street
New York NY 10017-1014

```
Hoover  Strong
10700 Trade Road
Richmond VA 23236-3000


House Beautiful
The Hearst Corporation
PO Box 7529
Red Oak IA 51591-0529


Hubris Communications
266 N Main St Ste 150
Wichita KS 67202-1516


Hugh Glenn Corporation
345 Seventh Ave
22nd Floor
New York NY 10001


IV Designs
Ivan Levi
29 East Madison Ste 1514
Chicago IL 60602


Internal Revenue Service
271 West 3rd North Suite 3000
Stop 5333 WIC
Wichita KS 67202


Interspace Airport ADVG
PO Box 847247
Dallas TX 75284-7247


Interstate All Battery Center
5530 East Central Ave
Wichita KS 67208


Intrust Bank NA
105 N Main St
Wichtia KS 67202


J S J Enterprises
114 N Oliver
Wichita KS
```

J S J Enterprises
4800 E Douglas Ave
Wichita KS 67208


JAFFASalm Norwood
PO Box 952349
Saint Louis MO 63195


Jane Barrier Suderman


Jay Barrier Estate
co Bill Cobb
Bever Dye
301 N Main St Suite 600
Wichita KS 67202


Jay Barrier II
254 N Pinecrest
Wichita KS 67208


Jewelers of America
General Post Office
PO Box 29625
New York NY 10087-9625


JFA Designs
3151 Airway Ave
B-3 Suite
Costa Mesa CA 92626


JuliskaPenshurst
Penshurst Trading Inc
465 Canal Street
Stamford CT 06902-5910


Kansas Department of Revenue
Robert W Challquist
Legal Services
915 SW Harrison St
Topeka KS 66612


Kansas Gas Service
PO Box 22158
Tulsa OK 74121-2158

Karlan International Inc
10300 N Central Expwy 426
Dallas TX 75231


Konica Minolta Business Solutions
222 W Murdock
Wichita KS 67201


LJ Pracht Co Inc
PO Box 2563
Wichita KS 67201


Lalique
25 Branca Road
East Rutherford NJ 07073


Larue Coffee
PO Box 451119
Omaha NE 68145-6199


Leeber Limited USA
115 Pencader Drive
Newark DE 19702


Leys Christie  Co Inc
The Harwood Building
Scarsdale NY 10583


Lifetime Brands Inc
Dept CH17745
Palatine IL 60055-7745


Lion RibbonBerwick Ind
Lockbox 1881
PO Box 8500
Philadelphia PA 19178-1881


Love Plates
Casafina
301 Fields Lane
Brewster NY 10509

Lumin Jewelry Co
12 Edgeboro Road
East Brunswick NJ 08816


Mariposa
The Barn
5 Elm Street
Manchester MA 01944


Marsden Brothers Promotion Inc
10787 South 1st East
Idaho Falls ID 83404


Martins Herend Imports
PO Box 1178
Sterling VA 20167


Mary Ellen Barrier
216 North Pershing
Wichita KS 67208


Mary Jurek Design Inc
2301 W 205th St
Torrance CA 90501-1453


MFS Heritage Trust Co
MFS Service Center Inc
PO Box 55824
Boston MA 02205-5824


MFS Heritage Trust Co
MFS Service Center Inc
Unfunded Simple IRA
PO Box 55824
Boston MA 02205-5824


Mikasa
PO Box 102700
Atlanta GA 30368


Mitchell Import Co Inc
7101 College Blvd Suite 1538
Overland Park KS 66210

Montblanc North Amer LLC
252 Brodhed Road Suite 500
Bethlehem PA 18017


Morgan Barrier
240 N Pinecrest
Wichita KS 67208


Mottahedeh  Co Inc
4 Corporate Dr
Cranbury NJ 08512-3613


Movado Group Inc
15741 Collections Center Drive
Chicago IL 60693


NAWC Service
PO Box 88810
Chicago IL 60695-1810


New York Classics LTD
250 Spring Street
Suite 7W-365
Atlanta GA 30303


New York Findings
72 Bowery
New York NY 10013


Officemax Credit Plan
HSBC Business Solutions
PO Box 5239
Carol Stream IL 60197-5239


OTTO Frei
126 2nd Street
Oakland CA 94607


Pitney Bowes Global Fin
PO Box 856460
Louisville KY 40285-6460

```
Pitney Bowes Inc
PO Box 856390
Louisville KY 40285-6056


Postage Reserve Account
PO Box 856056
Louisville KY 40285-6056


Powell Labels
PO Box 15687
Santa Ana CA 92735


Prepaid Visa


Protection One
PO Box 79016
Phoenix AZ 85062-9016


Purchase Power
PO Box 856042
Louisville KY 40285-6042


Quill Corporation
PO Box 856042
Louisville KY 40285-6042


Ralph Lauren Home
Attn Karen Pascucci
9 Polito Ave
Lyndgurst NJ 07071


Randy Coopers
2132 N Rock Rd Suite 109
Wichita KS 67206


Raz Imports Inc
1020 Eden Rd
Arlington TX 76001-7885


Reed  Barton Corp
PO Box 414295
Boston MA 02241-4295
```

Rembrandt Charms
370 S Young Road
Buffalo NY 14221


Rio Grande
PO Box 12277
Albuquerque NM 87195


Robert Lee Morris
One Rockefeller Plaza
New York NY 10020


Rolex Watch USA Inc
665 Fifth Avenue
New York  NY 10022


Rolex Watch USA
665 Fifth Ave
New York NY 10022


Rolex Watch USA Inc
665 Fifth Ave
New York NY 10022


Rosenthal
355 Michelle Place
Carlstadt NJ 07072


Rotary Club of Wichita
106 W Douglas 611
Wichita KS 67202-3308


Royal Scandinavia Inc
Orrefors Kosta Boda Inc
PO Box 510864
Philadelphia PA 19175-0864


S  S Time Corp
PO Box 1232
Owasso OK 74055

```
Security Self Storage
PAYM for Unit E-05
405 S Hillside
Wichita KS 67211


Seville Watch Corp
635 Madison Ave
6th Floor AttnBrenda
New York NY 10022


Signature Housewares Inc
671 Via Alondra Suite 801
Camarillo CA 93012


Simon Pearce
109 Park Road
Windsor VT 05089


Southern Accents
PO Box 830479
Birmingham AL 35283-0479


Sprint PCS
PO Box 660092
Dallas TX 75266-0092


Stanton Group
617 S Oliver Street 506
Los Angeles CA 90014-1627


Stuller
PO Box 8777
Lafayette LA 70598


Superior Rubber Stamp
2725 E Douglas
Wichita KS 67211


SwatchPPD RPRS
55 Metro Way Suite  1
Secaucus NJ 07094
```

Tee for TU
13280 SE 131st
Miami FL 33186


The John Henry Comany
Multipackaging Solutions
75 Remittance Drive Suite 3111
Chicago IL 60675-3111


The Royal China
Attn Michael Shapiro
1265 Glen Avenue
Moorestown NJ 08057


Tony Blake Design Art
800 E 1st
Suite 130
Wichita KS 67202


Town  Country
The Hearst Corporation
PO box 7529
Red Oak IA 51591-0529


Trade Associaties Group
1730 West Wrightwood
Chicago IL 60614-1914


Transcon Shipping Co Inc
6242 Westchester PKWAY
Suite 16D
Los Angeles CA 90045


Tru-Kay
2 Carol Drive
Lincoln RI 02865


Uline
2200 S Lakeside Drive
Waukegan IL 60085


United Refreshments Inc
PO Box 30734
Lincoln NE 68503-0734

United Way of the Plain
PO Box 47208
Wichita KS 67201


Univerisal Watch Repair
555 S Old Woodward Av
Birmingham MI 48009


Vagabond Vintage Firnishings
1660A Chattahoche Ave NW
Atlanta GA 30318


Veranda
PO Box 8231
Red Oak IA 51591-5321


Verragio
132 W 36th St 8th Floor
New York NY 10018


Villeroy  Boch
Post Office Box 26534
New York NY 10087-6534


Waste Management of Wichita
PO Box 9001054
Louisville KY 40290-1054


Watches Etc
5934 NW 39th
Oklahoma City OK 73122


Waterford Wedgwood USA
1330 Campus Parkway
Wall NJ 07719


Westar Energy
PO Box 758500
Topeka KS 66675-8500


Wichita Chamber of Commerce
350 W Douglas
Wichita KS 67202-2970

```
WICHITA Magazine
2111 S Eastgate Ave
Springfield MO 65809


William Barrier
254 N Pinecrest
Wichita KS 67208


Williams Ace Hardware
6230 East Central
Wichita KS 67208-4279
```

# UNITED STATES BANKRUPTCY COURT
## District of Kansas

In re    Barrier's Inc.                        ,

                          Debtor

Case No. _____

Chapter    11 _____

## VERIFICATION OF LIST OF CREDITORS

     I hereby certify under penalty of perjury that the attached List of Creditors which consists of 17 pages, is true,

correct and complete to the best of my knowledge.

Date    10/23/2009 _____

Signature    /s/ Mary Ellen Barrier _____

          MARY ELLEN BARRIER,
          President

Edward J. Nazar
Redmond & Nazar, L.L.P.
245 N. Waco, Suite 402
Wichita, KS 67202-1117
316-262-8361
316-263-0610

# UNITED STATES BANKRUPTCY COURT
## District of Kansas

In re   Barrier's Inc.                                        ,

Debtor

Case No. _____

Chapter    11

## List of Equity Security Holders

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Connor Barrier<br>240 North Pinecrest<br>Wichita, KS 67208 | | 146 Non-Voting Shares |
| Jay Barrier Estate<br>c/o Bill Cobb<br>Bever Dye<br>301 N. Main St., Suite 600<br>Wichita, KS 67202 | | 77 Voting Shares/ 8,432 Non-Voting Shares |
| Jay Barrier II<br>254 N. Pinecrest<br>Wichita, KS 67208 | | 146 Non-Voting Shares |
| Mary Ellen Barrier<br>216 North Pershing<br>Wichita, KS 67208 | | 79 Voting Shares/ 4,757 Non-Voting Shares |
| Morgan Barrier<br>240 N. Pinecrest<br>Wichita, KS 67208 | | 146 Non-Voting Shares |
| William Barrier<br>254 N. Pinecrest<br>Wichita, KS 67208 | | 146 Non-Voting Shares |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -

B203
12/94

# United States Bankruptcy Court
## District of Kansas

In re  Barrier's Inc.

Case No. _____

Chapter _____11_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

   For legal services, I have agreed to accept ...........................………………............. $ _____0_____

   Prior to the filing of this statement I have received ........………….…............... $ ____8,039____

   Balance Due ................................……………………………………….….............. $ _____0_____

2. The source of compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

10/23/2009
_____
*Date*

/s/ Edward J. Nazar
_____
*Signature of Attorney*

Redmond & Nazar, L.L.P.
_____
*Name of law firm*

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 33342 -