IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| IN RE:<br>Barrier's Inc.<br><br>*Debtor*. | Case No. 09-13503<br>Chapter 11<br><br>FILED ELECTRONICALLY |
|---|---|

**DEBTOR'S AMENDMENT TO LIST OF 20 LARGEST UNSECURED CREDITORS AND LIST OF EQUITY SHAREHOLDERS**

COMES NOW, the debtor, by and through its counsel of record, Edward J. Nazar, of Redmond & Nazar, L.L.P., and amends the list of the 20 Largest Unsecured Creditors and the List of Equity Shareholders as reflected on the amendments attached. These amendments were necessitated as a result of the filing of the amendment of Schedule F on October 27, 2009.

REDMOND & NAZAR, L.L.P.

 s/ Edward J. Nazar
Edward J. Nazar, #09845
245 N. Waco, Suite 402
Wichita, Kansas 67202
316-262-8361 / 316-263-0610 fax
ebn1@redmondnazar.com
Attorneys for the Debtor

**CERTIFICATE OF SERVICE**

The undersigned hereby notifies the court that a true and correct copy of above and foregoing amendment was uploaded to the CM/ECF system on October 27, 2009, which will send a notice of electronic filing to the those requesting notice pursuant to Bankruptcy Rule 2002 and other interested creditors and on the same date, a copy was mailed by first-class mail, postage prepaid and properly addressed to the creditors and parties in interest set forth on the attached matrix to this original certificate of mailing on file in the office of the Clerk of the U.S. Bankruptcy Court.

 s/ Edward J. Nazar
Edward J. Nazar, #09845