B4 (Official Form4)(12/07)



## UNITED STATES BANKRUPTCY COURT
### District of Kansas

In re  Barrier's Inc.        ,
            Debtor

Case No.  09-13503

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Citzen's Bank c/o Jane Deterding 4820 E. Douglas Ave Wichita, KS 67208 | | | Contingent | 82,658 |
| Bixby (Div. of Honora) 18 East 48th Street New York, NY 10017-1014 | | | | 64,622 |
| Bever Dye 301 N. Main St., Suite 600 Wichita, KS 67202 | | | | 52,182 |

**AMENDED**

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| MFS Heritage Trust Co.<br>MFS Service Center, Inc.<br>Unfunded Simple IRA<br>P.O. Box 55824<br>Boston, MA 02205-5824 | | | | 33,232 |
| MFS Heritage Trust Co.<br>MFS Service Center, Inc.<br>P.O. Box 55824<br>Boston, MA 02205-5824 | | | | 33,232 |
| Baird, Kurtz & Dobb<br>BKD, LLP<br>1551 N. Waterfront PKWY<br>Suite 300<br>Wichita, KS 67206-6601 | | | Unliquidated<br>Disputed | 27,856 |
| Rolex Watch USA<br>665 Fifth Ave<br>New York, NY 10022 | | | Contingent | 13,540 |
| Honora LTD<br>18 East 48th Street<br>New York, NY 10017-1014 | | | | 13,355 |
| Connor Barrier<br>240 North Pinecrest<br>Wichita, KS 67208 | | | Contingent | 10,117 |
| William J. Barrier<br>240 N. Pinecrest<br>Wichita, KS 67208 | | | Contingent | 10,117 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 32442 -

**AMENDED**

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Jay Barrier II<br>254 N. Pinecrest<br>Wichita, KS 67208 | | | Contingent | 10,117 |
| Morgan Barrier<br>240 N. Pinecrest<br>Wichita, KS 67208 | | | Contingent | 10,117 |
| Movado Group Inc.<br>15741 Collections Center Drive<br>Chicago, IL 60693 | | | | 9,698 |
| J S J Enterprises<br>4800 E. Douglas Ave<br>Wichita, KS 67208 | | | Contingent | 9,271 |
| Interspace Airport ADV'G<br>P.O. Box 847247<br>Dallas, TX 75284-7247 | | | | 5,970 |
| Heier Resources<br>5119 Highland Road<br>Suite #224<br>Waterford, MI 48327 | | | | 5,602 |
| American GEM Society<br>8881 West Sahara Avenue<br>Las Vegas, NV 89117 | | | | 5,517 |
| NAWC Service<br>P.O. Box 88810<br>Chicago, IL 60695-1810 | | | | 5,328 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-742 - 32442 -

**AMENDED**

|  (1)  |  (2)  |  (3)  |  (4)  |  (5)  |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Brad Garman Designs<br>30 New Court<br>Long Branch, NJ<br>07740 | | | | 5,285 |
| Bulova Corporation<br>P.O. Box 36138<br>Newark, NJ<br>07188-6138 | | | | 5,283 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date  10/23/2009

Signature  /s/ Mary Ellen Barrier
MARY ELLEN BARRIER,
President