REDMOND & NAZAR, L.L.P.
245 North Waco, Suite 402
Wichita, KS 67202
316-262-8361

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE: )
 )
BARRIER'S, INC. ) Case No. 09-13503
 ) Chapter 11
 Debtor-in-Possession )

## NOTICE OF PAYOFF OF LOAN OBLIGATION

COMES NOW Intrust Bank, N.A. and the debtor, Barrier's, Inc., and hereby gives notice of the satisfaction of all outstanding promissory notes and financial obligations due Intrust Bank, N.A. The satisfaction of the outstanding promissory notes and financial obligations was pursuant to the entry of orders in this case approving the use of cash collateral and approving the conducting of a going-out-of-business sale.

The debtor's obligations under the cash collateral order in regard to Intrust Bank, N.A. and any budgetary restrictions required under the cash collateral order are hereby satisfied and rescinded. The debtor shall continue to deposit all net funds generated in the debtor-in-possession account and shall only use revenues generated for the payment of ongoing operating expenses.

All liens of Intrust Bank, N.A. shall be subsequently released.

INTRUST BANK, N.A.


By: /s/Daniel J. Eilert
Printed Name: Daniel J. Eilert
Title: Senior Vice President

In the United States Bankruptcy Court for the District of Kansas
IN RE:   Barrier's, Inc.
         Bankruptcy Case No. 09-13503-11
         Notice of Payoff of Loan Obligation
Page 2

BARRIERS, INC.


By: /s/Mary Ellen Barrier
Printed Name: Mary Ellen Barrier
Title: President


APPROVED AS TO FORM:

SPETH & KING


 /s/Steven L. Speth
Steven L. Speth, #12282
Attorney for Intrust Bank, N.A.
300 West Douglas, Suite 230
Wichita, KS 67202
316-264-3333 / 316-264-1305 fax
sls@spethking.kscoxmail.com


REDMOND & NAZAR, L.L.P.


 /s/Edward J. Nazar
Edward J. Nazar, #09845
Attorney for Debtor
245 North Waco, Suite 402
Wichita, KS 67202-1117
316-262-8361 / 316-263-0610 fax
ebn1@redmondnazar.com